AO 442 (Rev. 11/11) Arrest Warrant

11011473

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

MILTON BENJAMIN GUEVARA-VILLATORO

)
) Case: 1:21-cr-00185
) Assigned To : Sullivan, Emmet G.
) Assign. Date : 3/4/2021
) Description: Indictment (B)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MILTON BENJAMIN GUEVARA-VILLATORO
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1959(a)(3) - Violent Crime in Aid of Racketeering - Assault with Dangerous Weapon;

18 U.S.C. § 924(c)(1)(A) (iii) - Unlawful Possession, Brandishing, and Discharge of a Firearm During and in Relation to a Crime of Violence; and

22 D.C. Code § 4504(a) - Carrying a Pistol Without a License

Date:   03/04/2021

*Issuing officer's signature*

City and state:   WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 01/24/2025, and the person was arrested on *(date)* 2/21/25
at *(city and state)* Washington, D.C.

Date:  2/21/25

*Arresting officer's signature*

Julia Swonger / SA
*Printed name and title*