UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | |
| : | **Criminal No. 21-cr-185 (RDM)** |
| **MILTON BENJAMIN GUEVERA-** : | |
| **VILLATORO,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

Pursuant to the Court's March 6, 2025, Minute Order, the United States and Milton Benjamin Guevera-Villatoro (hereafter, the "Defendant"), through undersigned counsel provide the following status report to the Court.

1. Through the Government's provision of a hard drive to counsel for the Defendant, containing approximately two dozen prior discovery productions, discovery is substantially complete in both the instant matter as well as the other case in which the Defendant is charged, 23-cr-43 (TNM), which is currently before the Honorable Trevor N. McFadden.

2. The Government has also extended a plea offer that would resolve both this matter and the Defendant's other case, 23-cr-43 (TNM).

3. Counsel for the Defendant has communicated to undersigned Government counsel that he requires an additional two weeks to consider the Government's offer, to which the Government has no objection. The plea offer expires on the date of the next hearing in 23-cr-43 (TNM), on July 3, 2025.

4. Furthermore, in response to the Defendant's request for consular notification, special agents with the Federal Bureau of Investigation emailed the consular notification form to the Embassy of El Salvador on February 21, 2025, and also faxed the same to the Salvadoran Foreign Consular office on February 24 and March 14, 2025.

5. Finally, at the last status hearing for the instant matter, the Court inquired of Government

counsel whether the Defendant's two pending matters in United States District Court for the District of Columbia should be consolidated and heard before a single United States District Judge, and, if so, who that judge should be.

a. First, as an initial matter, the current plea offer would only require the Defendant to plead guilty to counts in the Indictment in this case, 21-cr-185 (RDM), and would entail dismissal of all counts in 23-cr-43 (TNM). Should the Defendant accept the offer, the Government has no objection to this Court presiding over the Defendant's sentencing.

b. Second, the United States takes no position on which United States District Judge should preside over this case. The Government has endeavored to reconstruct the timeline below for the convenience of the Court in making that determination.

   i. March 4, 2021: The Defendant and two codefendants were charged in 21-cr-185 (RDM) by Indictment for conduct that occurred on or about September 21, 2019. That matter was first assigned to the Honorable Emmet G. Sullivan.

   ii. August 30, 2021: A juvenile, F.Q.G., was charged by way of sealed criminal information with one count of Kidnapping Resulting in Death for conduct that took place on or about July 13-14, 2021. That matter was assigned to the Honorable Paul L. Friedman.

   iii. March 4-8, 2022: An arrest warrant was obtained for a juvenile, L.A.G, and an information was filed against him as well, charging him with Kidnapping Resulting in Death, for conduct that occurred on July 13-14, 2021. That matter was assigned to this Honorable Court, though the Government did not file a

related case form with respect to 21-cr-185 (RDM).

iv. May 26, 2022: Defendant Jexon Madrid-Flores was charged by way of Indictment in 22-cr-190 (TNM), for conduct that occurred on May 21, 2021, involving neither the aforementioned juvenile defendants nor the three defendants charged in 21-cr-185 (RDM). 21-cr-190 (TNM) was assigned to the Honorable Trevor N. McFadden and did not contain any related case form; it is presently closed and all defendants in that matter have been sentenced.

v. October 18, 2022: Defendant Guevera-Villatoro's case was assigned back to the Calendar Committee as the Defendant was in fugitive status and was no longer before this Honorable Court. The co-defendants' matters were randomly assigned to this Honorable Court.

vi. On February 9, 2023: Defendant Guevera-Villatoro, along with eleven others, were charged in 23-cr-43 (TNM) by Indictment with, *inter alia*, Conspiring to Participate in a Racketeer Influenced and Corrupt Organization. The indictment names more than two dozen overt acts undertaken in furtherance of the conspiracy, including the conduct at issue in 21-cr-185 (RDM), 22-cr-190 (TNM), and the aforementioned juvenile matters. The Government submitted a related case form, noting that the Indictment was related to 22-cr-190 (TNM), the only open case in United States District Court for the District of Columbia assigned to a United States District Judge and involving an adult defendant.

vii. In April and May 2024, the Honorable Judge McFadden presided over a jury

trial in 23-cr-43 (TNM) and 22-cr-190 (TNM).  Except for the Defendant in 23-cr-43 (TNM), all other codefendants in both matters were convicted and/or plead guilty and sentenced.

6. Finally, the parties respectfully request to file another Joint Status Report on July 3, 2025, and would move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time between June 16, 2025, and July 3, 2025, under the Speedy Trial Act.  The ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial insofar as it will provide the Parties more time to discuss a potential global pre-trial resolution in the instant matter and the Defendant's other case, 23-cr-43 (TNM).

**Dated: June 16, 2025**                              Respectfully submitted,

                                                      Jeanine Ferris Pirro
                                                      United States Attorney

 _/s/_____                          By: _/s/ Will  Hart_
*Counsel for the Defendant*                           Will Hart
Kevin Wilson, Esq.                                    D.C. Bar No. 1029325
Law Office of Kevin Wilson, PLLC                      Sitara Witanachchi
2 Wisconsin Circle Ste. 700                           D.C. Bar No. 1023007
Chevy Chase, MD 20815                                 Assistant United States Attorneys
kevin@kevinewilsonlaw.com                             601 D Street NW
                                                      Washington, D.C. 20530