UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| : | Criminal No. 21-cr-185 (RDM) |
| MILTON BENJAMIN GUEVERA- : | |
| VILLATORO, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

Pursuant to the Court's June 16, 2025 Minute Order, the United States and Milton Benjamin Guevera-Villatoro (hereafter, the "Defendant"), through undersigned counsel, provide the following status report to the Court.

1. The United States and the Defendant, through his counsel, have reached an agreement in principle for the pre-trial disposition of both 21-cr-185 (RDM) and 23-cr-43 (TNM). In brief, the offer which the defendant has indicated through counsel he intends to accept would entail him pleading guilty to two counts in the Indictment in 21-cr-185 (RDM) while the United States would move to dismiss at sentencing all charges against the Defendant in 23-cr-43 (TNM).[1]

2. In light of this posture, the parties would request a change-of-plea hearing before this Court. The parties can be available on July 22nd, 24th, and 25th.

3. Finally, the parties would move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time between July 3, 2025, and the date the Court sets for the change-of-plea hearing, under the Speedy Trial Act. The ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial as the Defendant has indicated he

---

[1] On July 2, 2025, the parties appeared before the Honorable Trevor N. McFadden in 23-cr-43 (TNM) in which both the United States and counsel for the Defendant indicated that an agreement in principle had been reached. The parties' separately agreed that because the charges to which the Defendant would plead guilty would only relate to 21-cr-185 (RDM), this Court should preside over any change-of-plea hearing. The Court in 23-cr-43 (TNM) set a status hearing for August 22, 2025 as a control date.

wishes to plead guilty and such additional time will allow the United States the opportunity to memorialize its plea offer in writing, which counsel for the Defendant will then review with his client to prepare him for his colloquy with this Court under Federal Rule of Criminal Procedure 11.

**Dated: July 3, 2025**

Respectfully submitted,

|  |  |
|---|---|
|  | Jeanine Ferris Pirro |
|  | United States Attorney |
| _/s/_____ | _____ |
| *Counsel for the Defendant* | Will Hart |
| Kevin Wilson, Esq. | D.C. Bar No. 1029325 |
| Law Office of Kevin Wilson, PLLC | Sitara Witanachchi |
| 2 Wisconsin Circle Ste. 700 | D.C. Bar No. 1023007 |
| Chevy Chase, MD 20815 | Assistant United States Attorneys |
| kevin@kevinewilsonlaw.com | 601 D Street NW |
|  | Washington, D.C. 20530 |