UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : Case No. 21-cr-185 (RDM) |
| MILTON BENJAMIN GUEVERA-VILLATORO, | : |
| | : |
| | : |
| **Defendant.** | : |

**JOINT MOTION TO CONTINUE**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Milton Benjamin Guevara-Villatoro (hereinafter, the "Defendant"), through his counsel, respectfully request that this Court continue the change-of-plea hearing for the Defendant, currently scheduled for July 22, 2025, and exclude time within which trial must begin under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.*, between July 22, 2025 and the newly scheduled change-of-plea hearing. In support of its motion, the parties state as follows:

1. On July 2, 2025, the parties submitted a joint status report to this Court noting that they had reached an agreement in principle regarding a disposition in the instant matter as well as Defendant's companion case in 23-cr-43 (TNM).

2. The parties are still working in good faith toward that end yet require additional time within which to finalize and memorialize all relevant terms of the agreement. The parties expect to need an additional 30 days to complete this process.

3. Furthermore, counsel for the Defendant will be in a jury trial the week of August 18, 2025. As such, out of an abundance of caution, the parties would respectfully request that the Court continue this change-of-plea hearing till the first week of September. The parties have conferred regarding mutually agreeable dates and can be available on September 8, 2025.

4. Finally, the parties would move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally exclude time between July 22, 2025 and the next scheduled date in this matter, under the Speedy Trial Act. The ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial insofar as it will provide the parties more time to discuss a potential global pre-trial resolution in the instant matter and the Defendant's other case, 23-cr-43 (TNM).

**Dated: July 21, 2025**

Respectfully submitted,

|  |  |
|---|---|
|  | Jeanine Ferris Pirro <br> United States Attorney |
| _/s/_____ <br> *Counsel for the Defendant* <br> Kevin Wilson, Esq. <br> Law Office of Kevin Wilson, PLLC <br> 2 Wisconsin Circle Ste. 700 <br> Chevy Chase, MD 20815 <br> kevin@kevinwilsonlaw.com | */s/ Will Hart* <br> Will Hart <br> D.C. Bar No. 1029325 <br> Sitara Witanachchi <br> D.C. Bar No. 1023007 <br> Assistant United States Attorneys <br> 601 D Street NW <br> Washington, D.C. 20530 |